IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NATANAEL RIVERA,

                                                                                            ORDER

                Plaintiff,

                                                                                         12-cv-476-bbc

    v.

GEORGE J. JIMENEZ,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Pro se plaintiff Natanael Rivera is proceeding on claims that defendant George Jimenez violated his Eighth Amendment rights by forcing him to walk naked in front of other prisoners and used excessive force on plaintiff by "kneeing" him repeatedly and pulling on his restraints. Now before the court is an untitled motion in which plaintiff asks the court "to order defendants and code workers to provide exhibit 101 for viewing." Dkt. #25. Exhibit 101 is a DVD that defendant filed with his motion for summary judgment. Dkt. #23. According to defendant, it is a video recording of some of the events relevant to this case. Dkt. #22.

      I am denying plaintiff's motion because he does not allege that defendant has denied any request to view the DVD. In fact, defendant says in his response that plaintiff is free to view the recording by submitting a request to the corrections program supervisor at plaintiff's prison. Dkt.##27-28. If plaintiff is unable to get permission to view the video after following the instructions defendant provided, plaintiff may renew his motion at that

1

time.

ORDER

IT IS ORDERED that plaintiff Natanael Rivera's motion for an order directing defendant George Jimenez to allow plaintiff to view exhibit 101, dkt. #25, is DENIED as unnecessary.

Entered this 22d day of August, 2013.

                                              BY THE COURT:
                                              /s/
                                              BARBARA B. CRABB
                                              District Judge