IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NATANAEL RIVERA,

                                                    ORDER

                 Plaintiff,

                                                  12-cv-476-bbc

    v.

GEORGE J. JIMENEZ,

                 Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Pro se plaintiff Natanael Rivera is proceeding on two claims that defendant George Jimenez violated his rights under the Eighth Amendment: (1) defendant forced plaintiff to walk naked in front of other prisoners; and (2) defendant used excessive force on plaintiff by "kneeing" him repeatedly and pulling on his chain. On August 2, 2013, defendant moved for summary judgment on both claims. After receiving two extensions of time, plaintiff's deadline for responding is October 1, 2013. Dkt. #44.

      Now plaintiff has filed what he calls a "motion for sanctions." Dkt. #42. It is difficult to follow most of what plaintiff is saying in his motion, but I understand him to be alleging that prison officials have "alter[ed]" a DVD exhibit and provided false testimony in their summary judgment submissions. I am denying the motion because plaintiff has no evidence to support his allegations except his own conclusory statements. If plaintiff believes that any exhibit or testimony cited by defendant in his motion for summary judgment is not accurate, plaintiff is free to cite contrary evidence in his responses to defendant's proposed findings

1

of fact.

## ORDER

IT IS ORDERED that plaintiff Natanael Rivera's motion for sanctions, dkt. #42, is DENIED.

Entered this 23d day of September, 2013.

                                  BY THE COURT:
                                  /s/
                                  BARBARA B. CRABB
                                  District Judge