IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NATANAEL RIVERA,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

12-cv-476-bbc

GEORGE J. JIMENEZ, TOMES COMPBELL,
COMEING, NUMEKE, ROUSE, TINGLY,
PETER ERICKSEN, MICHEAL BAENEN and
SARAH COOPER,

    Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) dismissing Tomes Compbell, Comeing, Numeke, Rouse, Tingly, Peter Ericksen, Micheal Baenen and Sarah Cooper for plaintiff's failure to state a claim upon which relief may be granted; and

    (2) granting George J. Jimenez's motion for summary judgment and dismissing this case.

| /s/ | 12/9/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |