IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

COPY

Natanael Rivera
    Plaintiff,

v.                            CASE NO.: 476

Jimenez, George, et al.,
    Defendant(s)

PLAINTIFFS NOTICE OF APPEAL

Now come Pilot Pro-se, plaintiff Natanael Rivera give notice is hereby plaintiff Rivera 12-cv-476 hereby appeal to the United State Court of Appeal for the Seventh Circuit from the final Judgment of Honorable Judge Barbara B Crabb, from case hereto on the December 9th 2013

Dated this December day of 25 2013 at Portage Wisconsin

Respectfully Submitted:
s/ [signature]
Natanael Rivera
United States Citizen

REC'D/FILED
DOC NO
2013 DEC 30 AM 10:30
PETER OPPENEER
CLERK US DIST COURT
WD OF WI