IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

COPY

Natanael Rivera

    Plaintiff,

                            CASE NO.: 476

v.

Jimenez, George at al.,

    Defendant(s)

PLAINTIFFS NOTICE OF APPEAL

Now come Pilot Pro-se, plaintiff Natanael Rivera give notice is hereby plaintiff Rivera 12-cv-476 hereby appeal to the United State Court of Appeal for the seventh Circuit from the final Judgment of Honorable Judge Barbara B Crabb, from case hereto on the December 9th 2013

Dated this December day of 25 2013 at Portage Wisconsin

                            Respectfully Submitted:
                            s/
                            Natanael Rivera
                            United States Citizen

DOC NO
REC'D/FILED
2013 DEC 30 AM 10: 30
PETER OPPENEER
CLERK US DIST COURT
WD OF WI